# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __13__

-------------------------------------------------------------
SALINAS

USCA NO. _____

SDNY NO. __07cv3420__
JUDGE: __LBS__
DATE: __12/28 / 2007__

-v-

ARTUS
-------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
         FIRM _____APPEALS SECTION_____
     ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
              __500 PEARL STREET, NEW YORK, NEW YORK 10007__
    PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENTS                                                                    DOC#

---

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

---

( ✓ ) Original Record                                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __28th__ Day of __December__, 2007.

**United States District Court for
the Southern District of New York**

-------------------------------------------------------

SALINAS

-v-

ARTUS

-------------------------------------------------------

Date: 12/28/ 2007

U.S.C.A. # _____

U.S.D.C. # 07cv3420

D.C. JUDGE  LBS

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through 12 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03420-LBS
### Internal Use Only

Salinas v. Artus
Assigned to: Judge Leonard B. Sand
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/30/2007
Date Terminated: 12/04/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254..Document filed by Francisco Salinas.(laq) (Entered: 05/03/2007) |
| 04/30/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 05/03/2007) |
| 05/22/2007 | 2 | ORDER the Clerk of Court shall serve a copy of this Order and Petition, by certified mail, on Andrew Cuomo, the Attorney General of the State of New York, and shall also send a copy of this Order, by certified mail, upon Francisco Salinas. I therefore direct that Respondent file an answer within forty (40) days of the date of this Order. Petitioner is hereby granted fourteen (14) days from the date on which he is served with Respondent's Answer to file a response. (Signed by Judge Leonard B. Sand on 5/21/2007) (tve) (Entered: 06/13/2007) |
| 06/13/2007 | | Mailed a copy of 2 Order to Answer, to Francisco Salinas by Certified Mail # 7001 2510 0002 8738 2404 with Return Receipt Requested. (tve) (Entered: 06/13/2007) |
| 06/13/2007 | | Mailed a copy of 2 Order to Answer, 1 Petition for Writ of Habeas Corpus to the Attorney General of the State of New York by Certified Mail # 7001 2510 0002 8738 2411 with Return Receipt Requested. (tve) (Entered: 06/13/2007) |
| 06/13/2007 | 3 | ORDER the Clerk of Court shall serve a copy of this Order and Petition, by certified mail, on Andrew Cuomo, the Attorney General of the State of New York, and shall also send a copy of this Order, by certified mail, upon Francisco Salinas. I therefore direct that Respondent file an answer within forty (40) days of the date of this Order. Petitioner is hereby granted fourteen (14) days from the date on which he is served with Respondent's Answer to file a response. (Signed by Judge Leonard B. Sand on 5/21/2007) (tve) (Entered: 06/18/2007) |
| 06/26/2007 | | Received Return Receipt of 2 Order to Answer, 1 Petition for Writ of Habeas Corpus as to the Attorney General of the State of New York, which was served by Certified Mail # 7001 2510 0002 8738 2411, on 6/20/2007. (tve) (Entered: 09/13/2007) |
| 06/28/2007 | | Mailed a copy of 3 Order to Answer, to Francisco Salinas by Certified Mail # 7001 2510 0002 8738 2053 with Return Receipt Requested. (tve) (Entered: 06/28/2007) |
| 06/28/2007 | | Mailed a copy of 3 Order to Answer, 1 Petition for Writ of Habeas Corpus to the Attorney General of the State of New York by Certified Mail # 7001 2510 0002 8738 2060 with Return Receipt Requested. (tve) (Entered: 06/28/2007) |
| 07/11/2007 | 4 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Nicole Beder dated 6/27/2007 re: Nicole Beder Assistant District Attorney request an extension of time, my first such request, up until and including August 3, 2007, to prepare a response. ENDORSEMENT: Granted. Responses due by 8/3/2007 (Signed by Judge Leonard B. Sand on 7/9/2007) Copies Mailed By Chambers.(jmi) (Entered: 07/13/2007) |
| 07/26/2007 | 7 | PRO SE MEMORANDUM dated 8/7/07 re: CHANGE OF ADDRESS for Francisco Salinas. New Address: 02-A-4756, Great Meadow Corr. Fac., Box 51, Comstock, NY, 12821-0051. (tro) (Entered: 08/23/2007) |
| 08/02/2007 | 5 | ANSWER AND APPENDIX opposing Petition for Writ of Habeas Corpus. Document filed by Dale Artus.(pl) (Entered: 08/06/2007) |
| 08/02/2007 | 6 | MEMORANDUM OF LAW in Support of 5 ANSWER AND APPENDIX opposing Petition for Writ of Habeas Corpus. Document filed by Dale Artus. (jpo) (Entered: 08/09/2007) |
| 09/11/2007 | 8 | PRO SE MEMORANDUM dated 9/14/07 re: CHANGE OF ADDRESS for Francisco Salinas. New Address: #02-A-4756, Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY, 10562 (kco) (Entered: 09/19/2007) |
| 09/19/2007 | | Received Return Receipt of Mail Order by Certified Mail as to Francisco Salinas, which was served by Certified Mail # 7001 2510 0002 8738 2404, on 6/21/07. (db) (Entered: 09/19/2007) |
| 10/23/2007 | 9 | ORDER by letter dated July 30, 2007, petitioner notified the court of the difficulties he is experiencing in acquiring medical records pertinent to his habeas corpus application. While the relevance of the records is unknown, the Court will grant plaintiff an additional 30 days to submit this medical evidence. Plaintiff must submit any additional material |

| | | |
|---|---|---|
| | | by November 21, 2007. After this date, the court will consider the matter fully submitted and will rule on the application. SO ORDERED. (Signed by Judge Leonard B. Sand on 10/20/2007)Copies Mailed By Chambers (jmi) (Entered: 10/24/2007) |
| 12/03/2007 | 10 | MEMORANDUM & ORDER: The petition for a writ of habeas corpus is DENIED. Because petitioner has not "made a substantial showing of the denial of constitutional right," 28 U.S.C. 2253(c)(2), a certificate of appealability will not issue. (Signed by Judge Leonard B. Sand on 12/3/07) (tro) (Entered: 12/04/2007) |
| 12/03/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 10 Order Dismissing Petition, to the Judgments and Orders Clerk. (tro) (Entered: 12/04/2007) |
| 12/04/2007 | 11 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated December 3, 2007, defendants motion for summary judgment is granted; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 12/4/07) (ml) (Entered: 12/04/2007) |
| 12/19/2007 | 12 | NOTICE OF APPEAL from 11 Clerk's Judgment. Document filed by Francisco Salinas. Copies of Notice of Appeal mailed to attorney(s) of record: New York County District Attorney's Office. (nd) (Entered: 12/27/2007) |
| 12/19/2007 | | Appeal Remark as to 12 Notice of Appeal filed by Francisco Salinas. $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 12/27/2007) |
| 12/27/2007 | | Transmission of Notice of Appeal to the District Judge re: 12 Notice of Appeal. (nd) (Entered: 12/27/2007) |
| 12/27/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 12 Notice of Appeal. (nd) (Entered: 12/27/2007) |